```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BRENDA TAITE,                  )
                               )
    Plaintiff,                 )
                               )   CIVIL ACTION NO.
    v.                         )     2:11cv739-MHT
                               )          (WO)
STATE OF ALABAMA,              )
DEPARTMENT OF PERSONNEL,       )
et al.,                        )
                               )
    Defendants.                )
```

## JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 53), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Alice Ann Byrne, Alabama State Personnel Department, and members of its Board in their official capacities and the claims against all of them are dismissed with prejudice, with the parties to bear their own costs.

It is further ORDERED that all outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed, for all claims are resolved and all parties are terminated.**

**DONE, this the 23rd day of October, 2012.**

                                      <u>/s/ Myron H. Thompson</u>
                                    **UNITED STATES DISTRICT JUDGE**